IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              Cr. No. 04-20131-B

RONNIE PERKINS,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION
### TO CONTINUE SENTENCING HEARING

---

For good cause, the Court hereby **GRANTS** defendant's motion to continue and reset the sentencing hearing in this matter currently set for Tuesday, June 7, 2005. The sentencing hearing is hereby **RESET** for: _Thursday, June 30, 2005 @ 11:00 a.m._

It is so **ORDERED**, this the 6th day of June, 2005.

J. DANIEL BREEN
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:04-CR-20131 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Robert McCusker
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Honorable J. Breen
US DISTRICT COURT