IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ __ D.C.

05 JUN 23 AM 11: 06

_____ B. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                          Cr. No. 04-20131-B

RONNIE PERKINS,

    Defendant.

## ORDER GRANTING DEFENDANT'S SECOND MOTION TO CONTINUE SENTENCING HEARING

For good cause, and without objection by the government, the Court hereby **GRANTS** defendant's second motion to continue and reset the sentencing hearing in this matter currently set for ~~Tuesday~~ Thursday, June 30, 2005. The sentencing hearing is hereby **RESET** for: Wednesday, July 13 @ 1:30 p.m.

It is so **ORDERED**, this the 22nd day of June, 2005.

*[signature]*

J. DANIEL BREEN
United States District Court Judge



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CR-20131 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Michael Robert McCusker
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT